IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
OF COLORADO

2012 APR -9 PM 12:20

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Civil Action No. _____
(To be supplied by the court)

Amber Schoen _____, Plaintiff,

v.

_____,

_____,

_____,

_____,

_____,

_____,

Brenda Sexton _____, Defendant(s).

(List each named defendant on a separate line.)

**COMPLAINT**

Brenda Sexton stripped me of my rights

(Rev. 07/06)

## PARTIES

1. Plaintiff **Amber Schoen** is a citizen of **United States**
   who presently resides at the following address: **The Streets**

2. Defendant **Brenda Sexton** is a citizen of **Arizona**
   who live(s) at or is/are located at the following address:
   **13123 W 21 St Phx, 85017 AZ Ph. 602 993 5804**

3. Defendant _____ is a citizen of _____
   who live(s) at or is/are located at the following address:

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:

   _____

5. Briefly state the background of your case:

   Brenda Sexton is a mentally ill person who needs mental case treatmeant. If you look at her history throw the United States Air Force - she is suicidial. She stripped me of my rights and raped my kids spirit. I need my kids back, my children are not paychecks either.

(Rev. 07/06)                          2

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

(Rev. 07/06) 4

# THIRD CLAIM FOR RELIEF
# AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Date: 4/9/2012

_____
(Plaintiff's Original Signature)

_____
(Street Address)

_____
(City, State, ZIP)

_____
(Telephone Number)