**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00941-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

AMBER SCHOEN,

    Plaintiff,

v.

BRENDA SEXTON,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)    ___    is not submitted
(2)    ___    is not on proper form (must use the court's current form)
(3)    _X_    is missing original signature by Plaintiff
(4)    ___    is missing affidavit
(5)    ___    affidavit is incomplete
(6)    _X_    affidavit is not notarized or is not properly notarized
(7)    ___    names in caption do not match names in caption of complaint, petition or application
(8)    _X_    other: form must be signed and notarized or certified pursuant to 28 U.S.C. § 1746.

**Complaint or Petition**:
(9)   __   is not submitted
(10)  __   is not on proper form (must use the court's current form)
(11)  __   is missing an original signature by the Plaintiff
(12)  X    is incomplete: <u>Failed to identify jurisdiction on page 2; failed to state claims on pages 3-5; and failed to state request for relief on page 6</u>
(13)  __   uses et al. instead of listing all parties in caption
(14)  __   names in caption do not match names in text
(15)  __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  __   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Complaint form and the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the Complaint and the action will be dismissed without further notice.

DATED April 10, 2012, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge